IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARION GOVAN,                       )
                                    )
     Plaintiff,                     )
                                    )      CIVIL ACTION NO.
     v.                             )        2:23cv568-MHT
                                    )             (WO)
CLERK OF COURTS, District           )
Court; Middle District of           )
Alabama, Montgomery AL,             )
                                    )
     Defendant.                     )
```

OPINION

Plaintiff, who is incarcerated in an Alabama prison, filed this lawsuit seeking an order to compel the clerk of this court to answer a questionnaire attached to the complaint.  This case is before the court on the recommendation of the United States Magistrate Judge that this case be dismissed with prejudice.  Also before the court are plaintiff's objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of November, 2024.

                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**