```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARION GOVAN,                   )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:23cv568-MHT
                                )              (WO)
CLERK OF COURTS, District       )
Court; Middle District of       )
Alabama, Montgomery AL,         )
                                )
     Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 12) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(3) This lawsuit is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(i).

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of November, 2024.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**